UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**STRATEGIC MARKETING, INC.,**

    **Plaintiff,**

v.                                           Case No.  8:07-cv-736-T-30MSS

**SMART CONNECTIONS 2, INC.,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Notice of Voluntary Dismissal (Dkt. #12).  In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1.      This cause is dismissed without prejudice.

2.      All pending motions are denied as moot.

3.      The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on November 5, 2007.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2007\07-cv-736.dismissal.wpd